UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL,

     Petitioner,

v.                                    Case No. 3:16cv228/LC/CJK

GEO/CCS/FLORIDA DEPARTMENT OF
CHILDREN & FAMILY SERVICES, and
WARDEN WELLHAUSEN, RMC and
JULIE JONES, SECRETARY, FDOC,

     Respondents.

_____/

## ORDER

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 27 2016.  (Doc. 4).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which an objection has been made.

     Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction and for abuse of the judicial process.

3.  The clerk is directed to close the file.

4.  A certificate of appealability is DENIED.

**ORDERED** on this 14th day of June, 2016.

_s/L. A. Collier_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**